```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
                                 :           20 CR 473(VM)
        -against-                :             ORDER
                                 :
SAIBO SIDIBEH et al.,            :
                                 :
                     Defendants. :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled an initial conference in this matter for September 30, 2020 at 12:00 p.m. Due to the ongoing public health crisis, that conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         25 September 2020

                                          _____
                                                  Victor Marrero
                                                     U.S.D.J.