**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

October 22, 2020

**By ECF/Email**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/20

Re:   *United States v. Saibo Sidibeh*, 20 Cr. 473 (VM)

Dear Judge Marrero:

I write to request permission for Saibo Sidibeh to travel to Columbus, Ohio next week, from October 27 to November 4, for his aunt's wedding. Mr. Sidibeh would travel by bus, along with his mother and brothers, and stay at the home of an uncle. Pretrial Services takes no position on this request and defers to the Court. The Government has no objection to the request.

Mr. Sidibeh was arrested on August 12, 2020 and released that same day on a $50,000 personal recognizance bond signed by one financially responsible co-signer and one co-signer of moral suasion. His travel is currently limited to the Southern and Eastern Districts of New York. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc:   Andrew Rohrbach, Assistant U.S. Attorney

Request **GRANTED.** Defendant Saibo Sidibeh is authorized to travel to Columbus, Ohio from October 27, 2020 to November 4, 2020.

**SO ORDERED.**
10/22/20
DATE                    VICTOR MARRERO, U.S.D.J.