```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    1:20CR00473-1
     -against-                          :
                                        :    ORDER
Saibo Sidibeh                           :
                                        :
          Defendant                     :
                                        :
---------------------------------------X
```

**Gabriel W. Gorenstein, United States Magistrate Judge:**

It is hereby **ORDERED** that the defendant, Saibo Sidibeh ███████████, ███████████, participate and successfully complete detoxification and rehabilitation services at Cornerstone of Medical Arts Center Hospital 159-05 Union Turnpike, Fresh Meadows, NY 11366, beginning on 09/30/2021, followed by a minimum of 90 days inpatient treatment.

Dated: New York, New York
       September 30, 2021

SO ORDERED:

_____
Gabriel W. Gorenstein
United States Magistrate Judge