```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                **ORDER**

   -v-                               20-CR-473 (JLC)

SAIBO SIDEBEH,

          Defendant.
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for **October 13, 2022**. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than one week before the proceeding, *i.e.*, by **October 6, 2022**.

    **SO ORDERED.**

Dated: New York, New York
       July 19, 2022

_____
JAMES L. COTT
United States Magistrate Judge