```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

SAIBO SIDEBEH,

           Defendant.
-------------------------------------------------------------X

**ORDER**

20-CR-473 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the extension of time needed for the Probation Department to prepare a presentence report, the sentencing proceeding in this case is re-scheduled for **January 19, 2023 at 10:00 a.m. in courtroom 21-D, 500 Pearl Street, New York, NY**. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than one week before the proceeding, *i.e.*, by **January 12, 2023**.

The Clerk is respectfully directed to mark the letter-motion at Docket 213 as "granted."

    **SO ORDERED.**

Dated: New York, New York
       September 23, 2022

                                      JAMES L. COTT
                                      United States Magistrate Judge