# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 5, 2022

**By ECF**

Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  *United States v. Saibo Sidibeh*, 20 Cr. 473 (JLC)

Dear Judge Cott:

I write, without objection from the government, to request a two-week adjournment of Saibo Sidibeh's sentencing, currently set for January 19, 2023. The additional time is necessary for Mr. Sidibeh and Probation to complete the PSI process.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917.751.2050

cc:  Andrew Rohrbach, Assistant U.S. Attorney

The sentencing is adjourned to February 2, 2023 at 10am. Any submissions from the parties are due by January 24, 2023. SO ORDERED.
James L. Cott
USMJ 12/5/22