

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023
```

June 6, 2023

**BY ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    *United States v. Sidibeh* et al., 20 Cr. 473 (VM)

Dear Judge Marrero:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      by:      /s/
      Andrew A. Rohrbach
      Assistant United States Attorney
      (212) 637-2345

CC: Defense counsel (by ECF)

```
REQUEST GRANTED. The Court hereby
respectfully directs the Clerk of
Court to terminate the appearance of
Andrew Rohrbach in 20-cr-0473.

SO ORDERED.
Dated: 7 June, 2023        Victor Marrero
                             U.S.D.J.
```