UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2025_

20 Cr. 473-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court shall hold a violation of supervised release conference on **September 2, 2025**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The hearing scheduled for July 30, 2025, *see* ECF No. 389, is ADJOURNED *sine die*.

  SO ORDERED.

Dated: July 29, 2025
   New York, New York

                     _____
                     ANALISA TORRES
                    United States District Judge