UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2025____

20 Cr. 473-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been advised via email that Mr. Sidibeh will be discharged from his current inpatient treatment program today, but he can be placed into another inpatient treatment program, Odyssey House, by the end of the week. Mr. Sidibeh requests that he be discharged to his mother's home pending inpatient treatment at Odyssey House. Probation does not oppose the request. The request is GRANTED. By **end of day December 17, 2025,** defense counsel shall file a status update in this matter.

SO ORDERED.

Dated: December 16, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge