UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2026____

20 Cr. 473-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of Mr. Sidibeh's current placement in inpatient substance abuse treatment, the status conference scheduled for January 20, 2026 is ADJOURNED to **March 2, 2026, at 2:00 p.m.**

SO ORDERED.

Dated: January 13, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge