```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2026____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

                Defendant.

20 Cr. 473 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Mr. Sidibeh's ongoing inpatient treatment, the status conference currently scheduled for March 2, 2026, is ADJOURNED to **March 23, 2026**, at **3:00 p.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 27, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge