UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/2026____
```

20 Cr. 473 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of Mr. Sidibeh's extended inpatient treatment, the status conference currently scheduled for March 24, 2026, is ADJOURNED to **April 20, 2026**, at **11:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 18, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge