UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/16/2026____

20 Cr. 473 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Upon joint motion of the Government and defense, the status conference currently scheduled for April 20, 2026, is ADJOURNED to **April 27, 2026, at 11:00 a.m.,** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 16, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge