UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SAIBO SIDIBEH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/24/2026____

20 Cr. 473-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been advised that Defendant, Saibo Sidibeh, intends to plead guilty to certain specifications of the violation report dated July 22, 2025, and proceed directly to sentencing. Accordingly, the Court shall hold a plea hearing and sentencing on **May 4, 2026,** at **2:00 p.m.,** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **April 27, 2026,** Sidibeh shall file his sentencing submission. By **April 29, 2026,** the Government shall file its sentencing submission. The status conference currently scheduled on April 27, 2026 is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 24, 2026
   New York, New York

_____
ANALISA TORRES
United States District Judge